```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET ENTRIES FOR CASE A90-0201--CV (HRH)
                        "USA V REAL PROPERTY, ET AL"

            Including terminated parties, excluding terminated counsel
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
    Referral Rule:  Term.
            Filed: 09/10/96
           Closed: 04/01/97

     Jurisdiction: (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (690) Other forfeiture and penalty suits
                   Forfeiture
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Waived
         Trial by:
```

Parties of Record:                            Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | UNITED STATES OF AMERICA | Timothy M. Burgess<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071 |
| DEF 1.1 | [T] ONE PIECE OF REAL PROPERTY ETC | No counsel found for this party! |
| DEF 2.1 | ONE 1987 HONDA ACCORD, VIN 1HGCA5388HA101867 | No counsel found for this party! |
| DEF 3.1 | ONE 1984 FORD BRONCO II, VIN 1FMCU1457EU384819 | No counsel found for this party! |
| DEF 4.1 | TWO HANDGUNS | No counsel found for this party! |
| DEF 5.1 | ONE FUR PELT | No counsel found for this party! |
| DEF 6.1 | ONE FUR COAT | No counsel found for this party! |
| DEF 7.1 | FIVE PIECES OF SCRIMSHAW IVORY | No counsel found for this party! |
| DEF 8.1 | ONE RAW WALRUS HEADMOUNT | No counsel found for this party! |
| DEF 9.1 | SIXTEEN PIECES OF ART | No counsel found for this party! |
| DEF 10.1 | ONE WEDGWOOD POTTERY SET | No counsel found for this party! |
| DEF 11.1 | TWO PIECES OF FURNITURE | No counsel found for this party! |
| DEF 12.1 | ONE GRANDFATHER CLOCK | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0201--CV (HRH)
"USA V REAL PROPERTY, ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 13.1 | ONE POOL TABLE | No counsel found for this party! |
| DEF 14.1 | ONE JOGGING MACHINE | No counsel found for this party! |
| DEF 15.1 | ONE CANNED SOFT DRINK DISPENSER | No counsel found for this party! |
| DEF 16.1 | ONE PHOTOCOPIER | No counsel found for this party! |
| DEF 17.1 | FIVE WATCHES | No counsel found for this party! |
| DEF 18.1 | JEWELRY | No counsel found for this party! |
| DEF 19.1 | ONE PAIR OF BINOCULARS | No counsel found for this party! |
| DEF 20.1 | ONE CAMERA | No counsel found for this party! |
| DEF 21.1 | FOUR CAMERA LENSES | No counsel found for this party! |
| DEF 22.1 | ONE CAMCORDER | No counsel found for this party! |
| DEF 23.1 | TWO VIDEO RECORDERS | No counsel found for this party! |
| DEF 24.1 | FOUR TELEVISIONS | No counsel found for this party! |
| DEF 25.1 | ONE STEREO SYSTEM | No counsel found for this party! |
| DEF 26.1 | ONE RARE CURRENCY COLLECTION | No counsel found for this party! |
| DEF 27.1 | ONE RARE COIN COLLECTION | No counsel found for this party! |
| DEF 28.1 | $196,873 IN UNITED STATES CURRENCY | No counsel found for this party! |
| DEF 29.1 | $5,656 IN UNITED STATES COINS | No counsel found for this party! |
| DEF 30.1 | ALL FUNDS, BANK OF BOSTON A/C 1714-75836 | No counsel found for this party! |
| DEF 31.1 | ALL FUNDS, DEAN WITTER A/C 114-041398 | No counsel found for this party! |
| DEF 32.1 | $6000+ FUNDS, DEAN WITTER A/C 114-034642 | No counsel found for this party! |
| CLM 1.1 | ANASTASIOU, PANOS | Panos Anastasiou<br>Pro Per<br>3021 SW Bradford Street, #509<br>Seattle, WA 98126 |
| CLM 2.1 | [T] READING, JOHN | No counsel found for this party! |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CIVIL DOCKET PARTY INFORMATION FOR CASE A90-0201--CV (HRH)
                           "USA V REAL PROPERTY, ET AL"

            Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| CLM 3.1 | [T] BAYLOC, FRED SR | No counsel found for this party! |
| CLM 4.1 | [T] DIAL, CHARLES P. | No counsel found for this party! |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A90-0201--CV (HRH)
"USA V REAL PROPERTY, ET AL"

For all filing dates

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
     Referral Rule:  Term.
             Filed: 09/10/96
            Closed: 04/01/97

      Jurisdiction: (1) U.S. Plaintiff
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (690) Other forfeiture and penalty suits
                    Forfeiture
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Waived
          Trial by:
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 182 - | 1 | 03/04/94 | HRH Order; C-1 mot to compel is in substance moot & therefore DENIED. cc cnsl, USM. |
| NOTE - | 1 | 09/22/94 | Notation: As of this date all future filings are on the automated system. |
| 183 - | 1 | 02/06/96 | CLM 1 Address Change Notice |
| 184 - | 1 | 04/08/96 | CLM 1 Address Change Notice |
| 185 - | 1 | 09/12/96 | Fld cert cy Mandate from 9CCA. 93-35420. Judgment of U.S.D.C. AFFIRMED and REMANDED. cc: cnsl, Judge Holland. |
| 186 - | 1 | 09/25/96 | HRH Order re case status; the Crt has rec'd the mandate & decision of the 9CC. of Appeals #185. Cnsl for the Gov't to file a rpt w/ the Crt on or before 10/10/96. cc: cnsl. |
| 187 - | 1 | 10/10/96 | PLF 1 Report re: status as a result of the dec. of the 9th cc. |
| 188 - | 1 | 10/21/96 | HRH Order (case status) that govt file opening brief regarding legal issue which must be resolved re puruchase of property in question by 11/20/96; clmts opposing memo due 12/18/96; govt reply due 1/6/97. cc cnsl |
| NOTE - | 2 | 10/22/96 | Notation: ENTIRE FILE - 6 VOLUMES - RETURNED FROM 9CCA |
| 189 - | 1 | 11/19/96 | PLF 1 motion (brief) re forfeitability of any accrued rents from forfeited defendant real property. |
| 190 - | 1 | 11/25/96 | CLM 1 opposition brief re forfeitability of any accrued rents from forfeited defendant real property w/att exh. (189-1) |
| 191 - | 1 | 12/24/96 | PLF 1 reply to opposition to PLF 1 motion (brief) re forfeitability of any accrued rents from forfeited defendant real property. (189-1) |
| 192 - | 1 | 01/09/97 | HRH Order that the claimant will be allowed untill 2/10/97 within which to file a responding brief; gov't reply memo shall be filed 2/25/97. cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A90-0201--CV (HRH)
                                 "USA V REAL PROPERTY, ET AL"

                                       For all filing dates
```

```
Document #    Filed      Docket text

  193 -   1  02/11/97   CLM 1 supplemental response brief re forfeitability of any accrued rents
                        from forfeited defendant real property. (189-1)

  194 -   1  02/12/97   PLF 1 supplemental reply brief re forfeitability of any accrued rents
                        from forfeited defendant real property (189-1) w/att exh.

  195 -   1  02/25/97   HRH Order re Post-Appeal Proceedings re determination of compensatory
                        damages; claimant's due process rights have been violated & is entitled
                        to damages; parties shall confer & plf to report to crt by 3/12/97 as to
                        settlement methods of case. cc: cnsl.

  196 -   1  02/28/97   PLF 1 motion for extension of time to file report  till 3/28/97.

  197 -   1  03/12/97   CLM 1 response to government's proffer w/att.

  196 -   2  03/13/97   HRH Order granting motion for extension of time to file report  till
                        3/28/97. (196-1)cc: cnsl

  198 -   1  03/28/97   PLF 1 motion for extension of time until 4-11-97 to file status report.

  198 -   2  03/28/97   HRH Order granting motion for extension of time until 4-11-97 to file
                        status report (198-1). cc cnsl

  199 -   1  03/28/97   PLF 1 amended status report.

  200 -   1  03/28/97   Stipulated agreement.

  200 -   2  04/01/97   HRH Order granting stipulated agreement at dkt# 200; US to pay claimant
                        $36,000; case to be dismissed upon payment w/prejudice; terminating in
                        light of this order motion re forfeitability of accrued rent (189-1).
                        cy cnsl

  201 -   1  04/16/97   HRH Order dismissing case with prejudice, pltf & claimant to bear own
                        costs & fees.  cy cnsl

  202 -   1  04/16/97   CLM 1 motion to rescind stipulated agreement, exigent hearing requested.

  203 -   1  04/18/97   HRH Minute Order granting shortened time consideration of motion to
                        rescind stipulated agreement; opposition to motion to rescind due
                        4-23-97. cy cnsl

  204 -   1  04/23/97   PLF 1 opposition to CLM 1 motion to rescind stipulated agreement,
                        exigent hearing requested. (202-1)

  205 -   1  04/30/97   HRH Order denying motion to rescind stipulated agreement (202-1) and
                        denying request for order directing IRS levy be ignored by the USM. cy
                        USA, P. Anastasiou

  206 -   1  05/05/97   CLM 1 response to gvt's opposition to CLM 1 motion to rescind stipulated
                        agreement, exigent hearing requested. (202-1)

  207 -   1  05/15/97   USM Return of 285 unserved re $36,000 check to Panos Anastasiou.

  208 -   1  06/04/97   HRH Minute Order denying #206 (treated as motion for reconsideration of
                        #205).  cy cnsl
```